[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 5, 2012
JOHN LEY
CLERK

No. 11-13094
Non-Argument Calendar

_____

D.C. Docket No. 3:11-cr-00019-MCR-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROGER RAY PRICE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(March 5, 2012)

Before EDMONDSON, CARNES and WILSON, Circuit Judges

PER CURIAM:

Chet Kaufman, appointed counsel for Roger Ray Price in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Price's conviction and sentence are **AFFIRMED**.